Zoller *v.* Ide.

## Zoller v. Ide.

1. CORPORATION: *Deed.* A deed executed in the name of the president of a corporation, purporting to convey its lands, is inoperative.

This was a bill in chancery, filed to recover the legal title to lands. Zoller sought to make his title through a corporation called "The Sulphur Springs Land Company," by a deed which ran, "I, Thomas H. Benton, jr., President of the Sulphur Springs Land Company, do hereby convey," etc., and was signed by Benton in the same way.

The court, by LOCKWOOD, J., held that this conveyance did not pass the title of the company, and, therefore, Zoller did not show title in himself.

*J. M. Woolworth*, for Zoller.

*G. B. Lake*, for Ide.